IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 10, 2008

Charles R. Fulbruge III
Clerk

No. 07-61029

SUSAN LEE WILTSHIRE,

Plaintiff–Appellant,

v.

NATIONWIDE INSURANCE COMPANY; NATIONWIDE MUTUAL
INSURANCE COMPANY,

Defendants–Counter Claimants–Appellees,

JUDITH KRISTIE SMITH; THOMAS R. CLARK, JR.,

Counter Defendants–Appellees.

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:06-CV-605

Before JONES, Chief Judge, and OWEN and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  See 5TH CIR. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.